**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1867

DANIEL D. WILLIAMS; PATTIE D. WILLIAMS,

Plaintiffs - Appellants,

v.

STATE OF NORTH CAROLINA; NASH COUNTY; BLB TRADING L.L.C.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Dever, III, Chief District Judge.  (5:12-cv-00680-D)

Submitted:  November 20, 2014        Decided:  November 24, 2014

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Daniel D. Williams; Pattie D. Williams, Appellants Pro Se. Kathryn Hicks Shields, Assistant Attorney General, Raleigh, North Carolina; Renner Jo St. John, ROGERS, TOWNSEND & THOMAS, PC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel D. Williams and Pattie D. Williams seek to appeal the district court's orders granting Defendants' motions to dismiss their civil complaint and denying relief under Fed. R. Civ. P. 59(e). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on July 18, 2014. The notice of appeal was filed on August 19, 2014, one day after the appeal period expired.[*] Because the Williamses failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

_____

[*] The thirtieth day fell on Sunday, August 17, 2014. Thus, the Williamses had until Monday, August 18, to timely file their notice of appeal. See Fed. R. App. P. 26(a)(1).

2

before this court and argument would not aid the decisional process.

DISMISSED